## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

DAYANA ALEXANDER,  §
  §
  Plaintiff,  §
  §
vs.  §  Case No. 4:26-cv-05227
  §
ARSTAT LLC,  §
NATIONWIDE CREDIT & COLLECTION,  §
INC.  §
  §
  Defendants.  §

### DEFENDANT ARSTAT, LLC'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE:

COMES NOW, Defendants ARstat LLC ("Defendant") and files its Notice of Removal as follows:

1.    Plaintiff Dayana Alexander ("Plaintiff") filed her state court complaint on or around June 4, 2026, in the Justice of the Peace Court, Precinct No. 3, Montgomery County, Texas.

2.    This is a civil action based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

3.    Removal is proper because this case involves a federal question—alleged violations of the FDCPA.

4.    The state law claims concerning Defendant resolve around the same facts and circumstances as the FDCPA claim.

5.    Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

6.    Venue is proper in this district under 28 U.S.C. 1446(a) because the state court where the suit has been pending is located in this district.

7. Removal is timely pursuant to 28 U.S.C. § 1446(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiffs' state court Petition. Defendants were served less than thirty (30) days before the filing of this Notice of Removal, on June 5, 2026.

8. Pursuant to U.S.C. § 1446(a), a copy of all process, pleadings, documents, and orders in this case have been attached as Exhibit A.

9. Defendant Nationwide Credit & Collection, Inc. has consented to this removal. Exhibit B.

10. A copy of this Notice of Removal has been sent to Plaintiffs and will be filed with the Justice of the Peace Court, Precinct No. 3, Montgomery County, Texas.

11. Plaintiffs requested a jury trial in the state court matter.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: July 1, 2026

Respectfully submitted,

*/s/ Xerxes Martin*

EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
TXSD Fed. No. 1384806
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
TXSD Fed. No. 3160907
Email: jbach@mgl.law
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT ARSTRAT LLC***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded

via **CM/ECF, EMAIL, and CMRRR** system on this 1st day of July, 2026 to:

**CMRRR: 9589 0710 5270 3521 1241 84**
Dayana Alexander
9311 FM 1488 30-111
Magnolia, Texas 77354
Email: contact@agapeconsultations.com
*Pro Se Plaintiff*

/s/Xerxes Martin
EUGENE XERXES MARTIN IV