United States Courts
Southern District of Texas
FILED
AUG 31 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Dayana Alexander,<br>Plaintiff,<br><br>vs.<br><br>ARSTRAT, LLC, and NATIONWIDE CREDIT & COLLECTION, INC.,<br><br>Defendants. | **CIVIL ACTION NO.: 4:26-CV-05227**<br><br>**Demand For a Jury Trial** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST SUPPLEMENTAL AMENDED COMPLAINT

Plaintiff Dayana Alexander, appearing pro se, respectfully moves for leave under Federal Rules of Civil Procedure 15(a)(2) and 15(d) to file a First Supplemental Amended Complaint. The requested pleading would add specific, material allegations concerning Plaintiff's June 4, 2026 written reply to Nationwide Credit & Collection, Inc. ("Nationwide") and Nationwide's subsequent collection emails regarding the Memorial Hermann Health–Go Health Urgent Care account ending in 7773.

### 1. RELEVANT BACKGROUND

1.1 Plaintiff filed this action on June 4, 2026. The original pleading alleged that Nationwide pursued collection of a Memorial Hermann Health–Go Health Urgent Care account ending in 7773.

1.2 On June 4, 2026, Plaintiff replied in writing to Nationwide's June 3 collection email: ***"I have medical insurance, I refuse to pay this debt."*** The underlying Nationwide email identifies the account ending in 7773 and expressly states that it is an attempt to collect a debt.

1.3 After the original pleading was filed, Nationwide sent further collection emails concerning the same account, including a June 9, 2026 collection email, a June 16, 2026 payment-plan email, and a June 24, 2026 payment-plan email.

1.4 Nationwide has moved to dismiss, arguing in part that the original pleading did not allege a written refusal directed to Nationwide concerning its account. The proposed supplemental amended pleading would provide the above facts with dates, the account identifier, and the content of the relevant communications.

## 2. GOVERNING STANDARD

2.1 Under Rule 15(a)(2), the Court should freely give leave to amend when justice so requires. Fed. R. Civ. P. 15(a)(2).

2.2 Rule 15(d) permits the Court, on just terms, to allow a supplemental pleading setting out transactions, occurrences, or events that happened after the date of the pleading to be supplemented. The Rule further provides that the Court may permit supplementation even if the original pleading is defective. Fed. R. Civ. P. 15(d).

2.3 The Federal Rules provide a plaintiff an opportunity to cure a pleading deficiency by amendment, and a with-prejudice disposition is inappropriate where a plaintiff identifies concrete additional allegations that may bear on the claim. *Carver v. Atwood*, 18 F.4th 494 (5th Cir. 2021).

## 3. ARGUMENT

**A. The proposed pleading is timely and addresses the ground raised in Nationwide's motion.**

3.1 The proposed amendment supplies the specific factual detail that Nationwide asserts is absent from the original pleading: Plaintiff's June 4 written refusal in the email chain concerning the account ending in 7773. It also identifies the subsequent collection emails about that account.

3.2 Plaintiff does not ask the Court, through this motion, to resolve disputed factual issues concerning Plaintiff's June 4 written refusal. The proposed pleading states what Plaintiff sent, the account to which the reply related, and the later collection communications. Any factual dispute concerning the communications or Nationwide's records should not be resolved by denying leave to amend.

**B. The post-filing collection emails are properly included through a supplemental pleading.**

3.3 Plaintiff filed the original pleading on June 4, 2026. The June 9, June 16, and June 24 collection communications occurred afterward. They therefore fall squarely within Rule 15(d).

3.4 The new allegations arise from the same parties, the same alleged consumer debt, and the same collection activity at issue in this action. Nationwide will not be prejudiced because the additional allegations are limited, dated, and concern Nationwide's own communications.

**C. Allowing leave promotes resolution on the merits.**

3.5 The Fair Debt Collection Practices Act provides that, when a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or wishes the debt collector to cease communication, the debt collector may not communicate further concerning that debt except for specified statutory notices. 15 U.S.C. § 1692c(c).

3.6 Plaintiff seeks leave to plead the newly identified facts, not a merits ruling. The amended and supplemental allegations will allow the parties and the Court to address the viability of the claim based on a complete and accurately dated pleading.

## 4. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to file the proposed First Supplemental Amended Complaint together with such other and further relief to which Plaintiff may be entitled.

**Dated: August 27, 2026**

*Respectfully submitted by:*

/s/ Dayana Alexander

***Dayana Alexander, Pro Se***
9311 FM 1488 30-111
Magnolia, TX 77354
contact@agapeconsultations.com

## CERTIFICATE OF CONFERENCE

On **August 24, 2026**, Plaintiff conferred with counsel for Nationwide concerning the relief requested in this Motion. Nationwide's position is: **OPPOSED.**

/s/Dayana Alexander

**Dayana Alexander**

## CERTIFICATE OF SERVICE

I certify that on **August 27, 2026,** I served a true and correct copy of this Motion for Leave to File a First Supplemental Amended Complaint on all counsel of record through the Court's CM/ECF system and by any additional method required by the Court's rules or prior order.

*Respectfully submitted by:*

/s/Dayana Alexander

**Dayana Alexander**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Dayana Alexander,<br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE CREDIT &<br>COLLECTION, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 4:26-CV-05227**<br><br>**Demand For a Jury Trial** |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST SUPPLEMENTAL AMENDED COMPLAINT**

The Court considered Plaintiff's Motion for Leave to File a First Supplemental Amended Complaint. The Motion is **GRANTED**.

Plaintiff may file her First Supplemental Amended Complaint, attached to the Motion as **Exhibit A** within **14 days** of this Order.

SIGNED on ________________________________, 2026.

________________________________

**UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Dayana Alexander,<br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE CREDIT &<br>COLLECTION, INC.,<br><br>Defendant. | **Case No.:** 4:26-cv-05227<br><br>Demand For a Jury Trial |

**PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff Dayana Alexander, appearing pro se, files this First Amended and Supplemental Complaint against Defendant Nationwide Credit & Collection, Inc. ("Nationwide") and alleges as follows:

## 1. INTRODUCTION

1.1 This is an action for actual damages, statutory damages, and costs under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). Plaintiff alleges that Nationwide continued debt-collection communications concerning a Memorial Hermann Health–Go Health Urgent Care account after Plaintiff sent a written refusal to pay that account.

## 2. JURISDICTION AND VENUE

2.1 This Court has federal-question jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2.2 Venue is proper in the Southern District of Texas because Plaintiff resides in this District and received the debt-collection communications at issue here in this District.

## 3. PARTIES

3.1 Plaintiff Dayana Alexander is a natural person residing in Montgomery County, Texas. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

3.2 Defendant Nationwide Credit & Collection, Inc. is a third-party debt collection company.

3.3 Nationwide regularly collects or attempts to collect debts allegedly owed to others. At all relevant times, Nationwide was a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## 4. FACTS OF THE COMPLAINT

4.1 Nationwide sought to collect an alleged medical debt identified in its communications as a Memorial Hermann Health–Go Health Urgent Care account ending in 7773 (the "Account").

4.2 The Account is an alleged obligation arising from medical services used primarily for personal, family, or household purposes, and therefore is a "debt" within the meaning of 15 U.S.C. § 1692a(5).

4.3 On April 9, 2026, Nationwide sent an initial collection email stating that Plaintiff owed an outstanding balance of $30 for a Memorial Hermann account.

4.4 On June 3, 2026, Nationwide emailed Plaintiff again about the Account. Nationwide identified itself as a debt collector and asked Plaintiff to make arrangements to resolve the Account.

4.5 On June 4, 2026, Plaintiff replied in writing to Nationwide's June 3 collection communication: ***"I have medical insurance, I refuse to pay this debt." See attached hereto as*** **<u>Exhibit 1.</u>**

4.6 Plaintiff's June 4 written refusal concerned the Account. The email chain identifies the Account as Memorial Hermann Health–Go Health Urgent Care ending in 7773.

4.7 After Plaintiff's June 4 written refusal, Nationwide sent further collection communications concerning the Account.

4.8 On June 9, 2026, Nationwide sent Plaintiff a collection email seeking to resolve the Account. ***See attached hereto as*** **<u>Exhibit 2.</u>**

4.9 On June 16, 2026, Nationwide sent Plaintiff an email offering payment-plan options for the Account and inviting Plaintiff to make a payment or establish a payment plan. ***See attached hereto as*** **<u>Exhibit 3.</u>**

4.10 On June 24, 2026, Nationwide again sent Plaintiff an email offering payment-plan options for the Account and inviting Plaintiff to make a payment or establish a payment plan. ***See attached hereto as*** **<u>Exhibit 4.</u>**

4.11 The June 9, June 16, and June 24, 2026 communications were directed to Plaintiff and concerned the same Account to which Plaintiff's June 4 written refusal related.

4.12 The post-refusal communications did not state that Nationwide's further collection efforts were being terminated, did not notify Plaintiff that Nationwide or the creditor might invoke a specified remedy ordinarily invoked, and did not state that Nationwide or the creditor intended to invoke a specified remedy.

4.13 As a result of Nationwide's continued collection communications, Plaintiff suffered actual damages, including stress, aggravation, and loss of time addressing the collection activity.

## 5. <u>FIRST CLAIM FOR RELIEF</u>

**Fair Debt Collection Practices Act — 15 U.S.C. § 1692c(c)**

5.1 Plaintiff re-alleges and incorporates paragraphs 1.1 through 4.13 as if fully set forth herein.

5.2 Section 1692c(c) provides that when a consumer notifies a debt collector **in writing** that the consumer refuses to pay a debt or wishes the collector to cease further communication, the debt collector may not communicate further with the consumer concerning that debt except for the statute's limited notices. 15 U.S.C. § 1692c(c).

5.3 Plaintiff gave Nationwide written notice on June 4, 2026 that Plaintiff refused to pay the Account.

5.4 Despite that written refusal, Nationwide sent Plaintiff further collection communications concerning the Account on June 9, June 16, and June 24, 2026.

5.5 Nationwide's acts and omissions violated 15 U.S.C. § 1692c(c).

5.6 Nationwide is liable for Plaintiff's actual damages, statutory damages, and costs under 15 U.S.C. § 1692k.

## 6. <u>JURY DEMAND AND PRAYER FOR RELIEF</u>

Plaintiff demands trial by jury on all issues so triable.

WHEREFORE, Plaintiff respectfully requests that judgment be entered in her favor and against Nationwide as follows:

A. Actual damages under 15 U.S.C. § 1692k(a)(1);

B. Statutory damages under 15 U.S.C. § 1692k(a)(2)(A);

C. Costs of this action under 15 U.S.C. § 1692k(a)(3);

D. Prejudgment and post-judgment interest as allowed by law; and

E. All further relief that the Court deems just and proper.

**Dated: August 27, 2026**

*Respectfully submitted by:*

/s/ Dayana Alexander

***Dayana Alexander, Pro Se***
9311 FM 1488 30-111
Magnolia, TX 77354
contact@agapeconsultations.com

## DECLARATION AND AUTHENTICATION OF EXHIBITS

Pursuant to 28 U.S.C. § 1746, I, Dayana Alexander, declare under penalty of perjury that the factual statements in this First Amended and Supplemental Complaint are true and correct to the best of my knowledge.

I personally received the Nationwide collection emails reflected in Exhibits 1 through 4, personally sent the June 4, 2026 reply reflected in Exhibit 1, and caused the attached copies to be made from my email records.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on August 24, 2026**

*Declarant,*

/s/ Dayana Alexander

***Dayana Alexander, Pro Se***

## EXHIBIT LIST

**Exhibit 1**: June 4, 2026 email chain, including Plaintiff's written refusal to pay the Account.

**Exhibit 2**: June 14, 2026 email chain reflecting Nationwide's June 9, 2026 collection email regarding the Account.

**Exhibit 3**: Nationwide's June 16, 2026 payment-plan email regarding the Account.

**Exhibit 4:** Nationwide's June 24, 2026 payment-plan email regarding the Account.

## CERTIFICATE OF SERVICE

I certify that on **August 27, 2026**, I served a true and correct copy of this proposed Plaintiff's First Amended and Supplemental Complaint, attached as Exhibit A to Plaintiff's Motion for Leave to File First Amended and Supplemental Complaint, on counsel of record for Nationwide Credit & Collection, Inc. and ARstrat, LLC by electronic mail.

**Counsel for Nationwide Credit & Collection, Inc.:**
C. Charles Townsend Alfredo Ramos
HINSHAW & CULBERTSON LLP
500 N. Akard Street, Suite 2200
Dallas, Texas 75201
Email: ctownsend@hinshawlaw.com
Email: framos@hinshawlaw.com

**Counsel for ARstrat, LLC:**
Eugene Xerxes Martin
Jacob Michael Bach
Martin Golden Lyons Watts Morgan PLLC
Northpark Central, Suite 1850
Dallas, Texas 75231
Email: xmartin@mgl.law

/s/Dayana Alexander

**Dayana Alexander**

# EXHIBIT 1

Re: We Are Here to Help

Re: We Are Here to Help

From: dayana Alexander (dayanaalexander@yahoo.com)

To: no-reply@revspringinc.com

Date: Thursday, June 4, 2026 at 12:11 AM CDT

I have medical insurance, I refuse to pay this debt.

On Wednesday, June 3, 2026 at 11:19:47 AM CDT, Nationwide Credit & Collection <no-reply@revspringinc.com> wrote:

NCC
NATIONWIDE
CREDIT & COLLECTION. INC
*Performance-Integrity-Service*

Hello Dayana Alexander,

We see that you have not made arrangements to resolve your account assigned to Nationwide Credit & Collection, Inc., a debt collector for collection with MEMORIAL HERMANN HLTH-GO HLTH URG CARE ending in 7773. We are here to help you get this matter resolved.

We talk to people in many different situations every day and we are usually able to help. If you would like to access your account online you can visit the link below or you can give us a call at 630-528-5304 so we can help you get this taken care of.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Access Your Account

**You may contact us at:**
Nationwide Credit and Collection, Inc
(630) 528-5304

This email was sent from an unmonitored email box. Please do not reply to this email. Unsubscribe requests require 24-48 hours to take effect.

To unsubscribe from future emails, **click here**

Template:3 14224

# EXHIBIT 2

Re: We Are Here to Help - Resolve Your Account Today

From: dayana Alexander (dayanaalexander@yahoo.com)

To: no-reply@revspringinc.com

Date: Sunday, June 14, 2026 at 01:15 PM CDT

My stomach is literally in knots after reading this email.. Why is Nationwide credit harassing me about a debt that I had insurance at the time i visited the hospital. I hope this doesn't appear on my credit reports. Just thinking about that just gave me a headache too.

On Tuesday, June 9, 2026 at 12:07:07 PM CDT, Nationwide Credit and Collection <no-reply@revspringinc.com> wrote:

NCC

NATIONWIDE

CREDIT & COLLECTION. INC

*Performance-Integrity-Service*

Hello Dayana Alexander,

We are here to help.

To resolve your account assigned to Nationwide Credit & Collection, Inc. for MEMORIAL HERMANN HLTH-GO HLTH URG CARE ending in 7773, please click the link below.

You may also call us at (630) 528-5304 to discuss your options with a representative. Let's work together to find a solution that fits your needs.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Best Regards,

Nationwide Credit & Collection, Inc.

Access Your Account

This email was sent from an unmonitored email box. Please do not reply to this email. Unsubscribe requests require 24-48 hours to take effect.

# EXHIBIT 3

Take Control of Your Account - Flexible Payment Options Available

From: Nationwide Credit and Collection (no-reply@revspringinc.com)

To: dayanaalexander@yahoo.com

Date: Tuesday, June 16, 2026 at 12:10 PM CDT

NCC
NATIONWIDE
CREDIT & COLLECTION. INC
*Performance-Integrity-Service*

Hello Dayana Alexander,

We offer custom payment plans to help you take control of your account assigned to Nationwide Credit & Collections, Inc. for collections with MEMORIAL HERMANN HLTH-GO HLTH URG CARE ending in 7773.

To make a payment or set up a payment plan, please click the link below.

You can also call us at (630) 528-5304 to discuss your options with a representative. We're here to help you find a solution that works for you.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Best Regards,

Nationwide Credit & Collections, Inc.

245 Farm to Market Road 1488

Access Your Account

This email was sent from an unmonitored email box. Please do not reply to this email. Unsubscribe requests require 24-48 hours to take effect.

Template:1 1422401

Unsubscribe

# EXHIBIT 4

Take Control of Your Account - Flexible Payment Options Available

From: Nationwide Credit and Collection (no-reply@revspringinc.com)

To: dayanaalexander@yahoo.com

Date: Wednesday, June 24, 2026 at 09:52 AM CDT

NCC
NATIONWIDE
CREDIT & COLLECTION. INC
*Performance-Integrity-Service*

Hello Dayana Alexander,

We offer custom payment plans to help you take control of your account assigned to Nationwide Credit & Collections, Inc. for collections with MEMORIAL HERMANN HLTH-GO HLTH URG CARE ending in 7773.

To make a payment or set up a payment plan, please click the link below.

You can also call us at (630) 528-5304 to discuss your options with a representative. We're here to help you find a solution that works for you.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Best Regards,

Nationwide Credit & Collections, Inc.

245 Farm to Market Road 1488

Access Your Account

This email was sent from an unmonitored email box. Please do not reply to this email. Unsubscribe requests require 24-48 hours to take effect.

Template:1 1422401

Unsubscribe