United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dayana Alexander, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-5227 |
| | § | |
| ARStrat LLC, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

Pursuant to Plaintiff's Notice of Voluntary Dismissal of Defendant ARStrat, LLC filed on September 24, 2026, the above referenced case is hereby dismissed without prejudice as to Defendant ARStrat LLC only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 28 day of September, 2026.

DAVID HITTNER
United States District Judge